

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

1133 N. SHORELINE BLVD.
CORPUS CHRISTI, TEXAS 78401
(361) 888-3148
Fax (361) 888-3179

H. W. HEAD, JR.
CHIEF JUDGE

August 5, 2004

Judge Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:     Calendar Year 2003 Filing

Dear Judge Lisi:

Thank you for your letter of July 30, 2004.

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████

With respect to the appraisal date of my interest in the ████ farm, it is old, probably 1987 or 1988, accomplished sometime in the years following ████ death in 1987. It is difficult to value this property because it is burdened by a provision that it cannot be sold until the death of certain persons. The assessed value from last year's tax bill is higher but in my view not reliable because the property cannot now be conveyed.

I will provide you the information as to the Small Cap World Fund and Europacific Fund in following correspondence.

Respectfully ████

/H.W. Head, Jr.

HWHjr:sh

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Head, Jr., Hayden W | Southern District of Texas | 5/29/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ○ Nomination, Date  ○ Initial ● Annual ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1133 N. Shoreline Blvd. Corpus Christi, TX 78401 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Agent | Farm, Grayson County, Texas |
| 2. | President | Reynaldo Garza Inns of Court, Corpus Christi, TX |
| 3. | Custodian | Child III Uniform Transfer to Minors Act |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 JUN 16 A 11:03 FINANCIAL DISCLOSURE OFFICE

## IIL NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Nursery School (Teaching) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W | 5/29/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AMERICAN HIGH INCOME TRUST | B | Dividend | K | T | BUY | 03-25 | K | | |
| 2. IRA: US TREASURY CATS SERIES K DUE 11-15-2003 | B | Interest | | | SELL | 11-17 | K | | |
| 3. IRA: HERNDON PLANT OAKLEY MONEY MARKET (GREAT HALL PRIME) | A | Dividend | K | T | BUY | 11-17 | K | | |
| 4. IRA: GROWTH FUND OF AMERICA | A | Dividend | K | T | BUY | 12-16 | J | | |
| 5. IRA: SMALL CAP WORLD FUND | A | None | J | T | BUY | | J | | |
| 6. IRA: EUROPACIFIC FUND | A | Dividend | J | T | BUY | | J | | |
| 7. 1/3 ENTAILED INTEREST, FARM, GRAYSON CO., TX | C | Rent | M | Q | | | | | |
| 8. HERNDON PLANT OAKLEY MONEY MARKET (GREAT HALL) | A | Dividend | K | T | BUYSELL | VARS | J | | SEE NOTE IN PART VIII |
| 9. MPS-MANAGED MUNICIPAL BOND TRUST | B | Dividend | K | T | | | | | |
| 10. #3 1991 TRUST, CO-TRUSTEE: | | | | | | | | | |
| 11. HERNDON PLANT OAKLEY MONEY MARKET (GREAT HALL) | A | Dividend | | | BUYSELL | VARS | J | | SEE NOTE IN PART VIII |
| 12. #3 CUSTODIAL ACCOUNT: | | | | | | | | | |
| 13. HERNDON PLANT OAKLEY MONEY MARKET(GREAT HALL) | A | Dividend | J | T | BUYSELL | VARS | J | | SEE NOTE IN PART VIII |
| 14. AMERICAN BALANCED FUND | A | Dividend | J | T | BUY | VARS | J | | |
| 15. HAYDEN W. HEAD, JR. (CONT'D): | | | | | | | | | |
| 16. CAPITAL WORLD BOND FUND | B | Dividend | K | T | BUY | VARS | J | | |
| 17. HANOVER COMPRESSOR, COMMON | A | None | J | T | | | | | |
| 18. NORTHERN BORDER PTRS LTD PARTNERSHIP UNIT | B | Distribution | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W | 5/29/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | TEPPCO PTRS LIMITED PARTNERSHIP UNIT | B | Distribution | J | T | | | | | |
| 20. | BECKS PRIME BOC LTD. 1/2 LTD. PARTNERSHIP UNIT | A | Distribution | J | U | | | | | |
| 21. | BECKS DAIRY-ASHFORD I-10 SE LTD. PARTNERSHIP UNIT | A | Distribution | J | U | | | | | |
| 22. | ▬401(K): DIVERSIFIED INVESTORS VARIABLE FUND | A | Dividend | K | T | BUY | MO | J | | |
| 23. | U. S. TREASURY BOND, DUE 11-15-2021 | C | Interest | L | T | | | | | |
| 24. | TRANSAMERICA LIFE INSURANCE; UNIVERSAL LIFE INSURANCE POLICY | B | Interest | K | T | PREMIUM | MO | J | | |
| 25. | FIRST COLONY UNIVERSAL LIFE INSURANCE POLICY | A | Interest | J | T | PREMIUM | MO | J | | |
| 26. | U.S. SAVINGS BONDS, SERIES EE | A | Interest | J | T | | | | | |
| 27. | ▬U.S. SAVINGS BONDS SERIES EE | A | Interest | J | T | | | | | |
| 28. | IRA: AMERICAN HIGH INCOME TRUST | A | Dividend | J | T | BUY | MO | J | | |
| 29. | OVERRIDING ROYALTY INTERESTS IN MINERALS | | Royalty | J | V | | | | | SEE NOTE IN PART VIII |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Head, Jr., Hayden W | 5/29/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Among the holdings at year's end was an undeposited check for $40,000 from USAA representing damages to home from a plumbing leak.

The following notes apply to Part VII, Item #:

7 - account is used for temporary investment of income received pending transfer to bank or other reinvestment. No gain or loss is realized on sales of money market account.

10 & 12 - account is used to make monthly disbursements to beneficiary. No gain or loss is realized on sales of money market account.

29- During the year, notice was received regarding unrecovered and unclaimed property from interests in certain overriding royalty interests in minerals. No income was received from this property, the value of such has not been determined at this time, and the leases are not known but assumed to be those same ORRI reported in past years..

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __6/9/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544